**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 06-cr-00392-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. BENJAMIN RUPPEL,

    Defendant.

**ORDER**

**Blackburn, J.**

    The matter is before me on the request of the probation department to disclose information concerning the employment and related income of the defendant to the Child Support Agency of Marathon County, Wisconsin. I have considered carefully the relevant record, the August 29, 2011, Memorandum of probation officer, Elizabeth Oppenheimer, the correspondence [#150] of Mr. Ruppel filed August 4, 2011, and the response [#152] of the government filed September 8, 2011. I find and conclude that good and reasonable cause exists factually and legally to grant the request and that Mr. Ruppel has offered no valid objection to the request and has identified no prejudice that would result from the disclosure of the requested information.

    **THEREFORE, IT IS ORDERED** that the request of the probation department to disclose information concerning the employment and related income of the defendant to the Marathon County Child Support Agency is **GRANTED**.

    Dated September 27, 2011, at Denver, Colorado.

                                                  **BY THE COURT:**

                                                  */s/ Robert E. Blackburn*
                                                  Robert E. Blackburn
                                                  United States District Judge